930

No. 484. LAARS ENGINEERS, INC. v. NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied. *Ray L. Johnson, Jr.,* and *Stanley E. Tobin* for petitioner. *Solicitor General Cox, Arnold Ordman, Dominick L. Manoli, Norton J. Come* and *Melvin Pollack* for respondent.

No. 485. REHMAN v. CALIFORNIA. Supreme Court of California. Certiorari denied. *A. L. Wirin* and *Fred Okrand* for petitioner. *Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *William B. McKesson* for respondent.

No. 487. HARRIS v. WALKER ET AL. C. A. 5th Cir. Certiorari denied. *Eberhard P. Deutsch* for petitioner. *Samuel C. Gainsburgh* for respondents.

No. 490. MOSES ET UX. v. NORTH CAROLINA STATE HIGHWAY COMMISSION. Supreme Court of North Carolina. Certiorari denied. *Robert B. Morgan* for petitioners. *T. Wade Bruton,* Attorney General of North Carolina, and *Harrison Lewis,* Assistant Attorney General, for respondent.

No. 492. CELSO v. UNITED STATES. C. A. 3d Cir. Certiorari denied. *Michael A. Querques* and *Daniel E. Isles* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 493. VINYARD v. UNITED STATES. C. A. 8th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.